### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**QUARMARDEN Q. BRAND,**
      **Plaintiff,**

**vs.**                     **CASE NO. 3:10cv377/LAC/MD**

**OFFICER HAMILTON, et al.,**
      **Defendants.**

_____

### O R D E R

      **This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 27, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.**

      **Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.**

      **Accordingly, it is now ORDERED as follows:**

      **1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

      **2.    This cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).**

      **DONE AND ORDERED this 1st day of December, 2010.**


                             *s/L. A. Collier*_____
                             **LACEY A. COLLIER**
                             **SENIOR UNITED STATES DISTRICT JUDGE**